1  MARKS & SOKOLOV, LLC
   BRUCE S. MARKS (*Pro Hac Vice* pending)
2  1835 Market Street, 28th Floor
   Philadelphia, PA 19103
3  Telephone: (215) 569-8901
   Facsimile: (215) 569-8912
4  Marks@mslegal.com

5  BLECHER & COLLINS, P.C.
   MAXWELL M. BLECHER (SB# 026202)
6  515 South Figueroa Street, Suite 1750
   Los Angeles, California 90071-3334
7  Telephone: (213) 622-4222
   Facsimile: (213) 622-1656
8  mblecher@blechercollins.com

9  Attorneys for Applicant SHAHROKH MIRESKANDARI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| *In re* <br><br> Application of <br><br> SHAHROKH MIRESKANDARI, <br><br> Applicant. <br> ------------------------------------------ <br> RE APPEAL IN THE HIGH COURT OF JUSTICE, QUEEN'S BENCH DIVISION ADMINISTRATIVE COURT, LONDON ENGLAND <br><br> SHAHROKH MIRESKANDARI, <br><br> Appellant, <br> SOLICITORS REGULATION AUTHORITY, <br><br> Respondent. | **CASE NO. CV 2:12-cv-10310-DSF (Ex)** <br><br> **APPLICANT'S NOTICE OF MOTION FOR RECONSIDERATION OF ORDER DATED JANUARY 8, 2013 (DKT. 24)** <br><br> **Hon. Dale S. Fischer** <br><br> Date: February 25, 2013 <br> Time: 1:30 p.m. <br> Courtroom: 840 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on February 25, 2013 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the honorable Dale S. Fischer, United States District Court Judge, Central District of California, located at 255 East Temple Street, Courtroom 840, Los Angeles, California 90012-3332, Applicant Shahrokh Mireskandari ("Applicant") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 60(b) and Local Rule 7-18, to reconsider its January 8, 2013 Ruling Denying Applicant's request for discovery pursuant to 28 U.S.C. § 1782 (Dkt. 24).

This motion is made following the conference of counsel pursuant to Local Rule 7-3.  Counsel for Applicant emailed Counsel for Respondent on January 17, 2013 indicating the grounds for this Motion and attempting to schedule a time to speak orally.  On January 22, 2013, counsel for Respondent indicated that they believed all grounds for Applicant's Motion were frivolous and that counsels' emails could constitute the conference of counsel.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities filed herewith, the complete pleadings and papers on file in this action, and such other evidence and argument as may be presented to the Court prior to or at the time of hearing on this motion, or subsequent thereto as permitted by the Court.

Dated:  January 22, 2013        Respectfully Submitted,

 /s/ Maxwell M. Blecher
Maxwell M. Blecher (SB# 026202)
BLECHER & COLLINS, P.C.

 /s/ Bruce S. Marks
Bruce S. Marks (*pro hac vice* pending)
MARKS & SOKOLOV, LLC

1